Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERRY WOOD, <br><br> Defendant. | No. CR12-326 RAJ <br><br> ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF LOCATION MONITORING PROGRAM |

THIS MATTER has come before the Court on Defendant's Motion for Early Termination of Location Monitoring Program. The Court, having considered the motion, the government's response, and the files and pleadings herein, it is hereby

ORDERED that Defendant's Motion for Early Termination of Location Monitoring Program (Dkt. #72) is DENIED.

DATED this 9th day of February, 2015.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1